IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY BERENDS**  **PLAINTIFF**
**ADC #168894**

v.  Case No. 4:23-cv-00915-KGB

**BRANDON LONG,**
**Sheriff, Stone County Sheriff's Office,** *et al.*  **DEFENDANTS**

## ORDER

The Court has reviewed the Recommended Deposition submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). Plaintiff Anthony Berends has not filed any objections, and the time to file objections has passed. Accordingly, after careful consideration, the Court approves and adopts the Recommended Deposition in its entirety as this Court's findings in all respects (*Id.*). Mr. Berends's claims are dismissed without prejudice (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith. The Court also recommends that, in the future, this dismissal be counted as a strike pursuant to 28 U.S.C. § 1915(g).

It is so ordered this the 27th day of January, 2026.

*[signature]*
Kristine G. Baker
Chief United States District Judge