IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ANTHONY BERENDS**                                                                                           **PLAINTIFF**
**ADC #168894**

v.                              Case No. 4:23-cv-00915-KGB

**BRANDON LONG,**
**Sheriff, Stone County Sheriff's Office,** *et al.*                                    **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Anthony Berends's claims are dismissed without prejudice. The relief requested is denied. Pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal would not be taken in good faith.

It is so adjudged this the 27th day of January, 2026.

_____
Kristine G. Baker
Chief United States District Judge